**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by DB D.C.

JUN 2 3 2015

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

CASE NO. 15-20468-CR-Williams

18 U.S.C. § 1956(h)
18 U.S.C. § 1956(a)(3)(B)
18 U.S.C. § 2
18 U.S.C. § 982(a)(1)

UNITED STATES OF AMERICA

vs.

ALTAF KHANANI,

                      Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

From at least as early as in or around December 2014, and continuing to the return of this indictment, the exact dates being unknown to the Grand Jury, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ALTAF KHANANI,**

did knowingly and willfully combine, conspire, and agree with other persons known and unknown to the grand jury to commit offenses against the United States, in violation of Title 18, United States Code, Section 1956, that is, to knowingly conduct a financial transaction affecting interstate and foreign commerce involving property, that is, funds and monetary instruments including United States currency, represented by law enforcement officers to be proceeds of a specified unlawful activity, with the intent to conceal and disguise the nature, location, source, ownership and control of said property, in violation of Title 18, United States Code, Section

1

1956(a)(3)(B).

It is further alleged that the specified unlawful activity was represented to be the importation, sale and distribution of a controlled substance, punishable under the laws of the United States.

All in violation of Title 18, United States Code, Section 1956(h).

## COUNTS 2-14

As specified as to each Count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**ALTAF KHANANI,**

with the intent to conceal and disguise the nature, location, source, ownership and control of property believed to be the proceeds of specified unlawful activity, did knowingly conduct a financial transaction affecting interstate and foreign commerce involving property represented by a law enforcement officer to be proceeds of a specified unlawful activity, that is, the importation, sale and distribution of a controlled substance:

| Count | Date of Wire Transfer | Amount | Wire Transfer |
|---|---|---|---|
| 2 | 1/12/15 | $96,936 | wire transfer, TRN No. 2015011200192376, deposit into an account at Bank of America from Mazaka General Trading, LLC at Standard Chartered Bank Ltd. |
| 3 | 1/26/15 | $193,726 | wire transfer, TRN No. 2015012600132195, deposit into an account at Bank of America from Mazaka General Trading, LLC at Standard Chartered Bank Ltd. |
| 4 | 1/27/15 | $148,936 | wire transfer, TRN No. 2015012700049000, deposit into an account at Bank of America from Mazaka General Trading, LLC at Standard Chartered Bank Ltd. |
| 5 | 2/10/15 | $138,766 | wire transfer, TRN No. 2015021000054677, deposit into an account at Bank of America from |

| | | | |
|---|---|---|---|
| | | | Mazaka General Trading, LLC at Standard Chartered Bank Ltd. |
| 6 | 2/10/15 | $150,929 | wire transfer, TRN No. 2015021000202456, deposit into an account at Bank of America from Mazaka General Trading, LLC at Deutsche Bank Trust Company |
| 7 | 2/17/15 | $136,980 | wire transfer, TRN No. 2015021700304983, deposit into an account at Bank of America from Commodity Solutions Ltd. at Intesa Sanpaolo |
| 8 | 2/26/15 | $41,715 | wire transfer, TRN No. 2015022600226919, deposit into an account at Bank of America from Infinity International Ltd. |
| 9 | 3/2/15 | $39,205 | wire transfer, TRN No. 2015030200222147, deposit into an account at Bank of America, from Infinity International Ltd. |
| 10 | 3/3/15 | $14,975 | wire transfer, TRN No. 2015022700141310, deposit into an account at Bank of America, from Woods John at TSB Bank PLC (Formerly Lloyds) |
| 11 | 3/6/15 | $65,965 | wire transfer, TRN No. 2015030600152390, deposit into an account at Bank of America, from Infinity International Ltd. |
| 12 | 3/6/15 | $29,965 | wire transfer, TRN No. 2015030600257316, deposit into an account at Bank of America, from Infinity International Ltd. |
| 13 | 4/10/15 | $49,911.43 | wire transfer, TRN No. 2015040900144882, deposit into an account at Bank of America, from Jetlink Textiles Trading at Emirates NBD Bank PJSC |
| 14 | 4/16/15 | $45,861.43 | wire transfer, TRN No. 2015041500153996, deposit into an account at Bank of America, from Jetlink Textiles Trading at Emirates NBD Bank PJSC |

In violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 2.

## CRIMINAL FORFEITURE

1.     The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ALTAF KHANANI,** has an interest pursuant to Title 18, United States Code, Section 982(a)(1).

2.     Upon conviction of any offense in violation of Title 18, United States Code, Section 1956, as charged in this Indictment, the defendant, **ALTAF KHANANI,** shall forfeit to the United States of America any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

All pursuant to Title 18, United States Code, Section 982 and Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

_____
PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY

_____
MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| vs. | |
| ALTAF KHANANI, | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **Defendant.** / | **Superseding Case Information:** |

**Court Division**: (Select One)

Miami ✓   Key West ___
FTL ___   WPB ___   FTP ___

New Defendant(s)      Yes ___   No ___
Number of New Defendants  ___
Total number of counts  ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)    No
   List language and/or dialect

4. This case will take    8    days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                             (Check only one)

   I    0 to 5 days    ___           Petty      ___
   II   6 to 10 days   x             Minor      ___
   III  11 to 20 days  ___           Misdem.    ___
   IV   21 to 60 days  ___           Felony     x
   V.   61 days and over ___

6. Has this case been previously filed in this District Court?  (Yes or No)   No
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes ___   No  x

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    Yes ___   No  x

_____
Bruce O. Brown
Assistant United States Attorney
Florida Bar No. 999490

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:  ALTAF KHANANI**

**Count 1**:

Conspiracy to Commit Money Laundering

In violation of 18 U.S.C. § 1956(h)

**\*Max. Penalty:**     20 years' imprisonment; 3 years supervised release; $250,000 fine

**Counts 2-14**

Money Laundering

In violation of 18 U. S.C. § 1956(a)(3)

**\*Max. Penalty:**     20 years' imprisonment; 3 years supervised release; $250,000 fine

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**