UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-20468-CR-WILLIAMS

**SEALED**

REC'D by _____ D.C.

AUG 4 - 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

ALTAF KHANANI,

          Defendant(s).

_____/

## ORDER TRANSFERRING DEFENDANT TO FUGITIVE STATUS

This matter is before the Court *sua sponte*.   On June 23, 2015, an indictment was filed herein and under the regular procedure for case assignment this case was assigned to the undersigned.   A warrant of arrest was issued for this defendant and the defendant, not having been arrested, is hereby transferred to fugitive status.

**DONE AND ORDERED**, at Miami-Dade, Florida, this _____ day of August, 2015.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

cc:   AUSA Bruce Brown