UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 15-20468-CR-WILLIAMS   (SEALED)

UNITED STATES OF AMERICA,
        Plaintiff,

V.

ALTAF KHANANI,
        Defendant(s).
_____/

## ORDER

**THIS CAUSE** came before the Court and pursuant to proceedings it is thereupon, PURSUANT TO THE ARREST OF THE ABOVE NAMED DEFENDANT, THIS CASE IS HEREBY UNSEALED.

**DONE AND ORDERED** at Miami, Florida.

Dated: 09/15/15

                                                                    _____
                                                           Andrea M. Simonton
                                                           **UNITED STATES MAGISTRATE JUDGE**

