SEALED — DEA 78391272

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by DB D.C.
JUN 2 3 2015
STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

| United States of America | ) |
|---|---|
| v. | ) |
| ALTAF KHANANI, | ) Case No. 15-20468-Cr-Williams |
| Defendant. | ) |

## ARREST WARRANT

RECEIVED
2015 JUN 25 PM 12: 25
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE
UNITED STATES MARSHAL

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ALTAF KHANANI

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Commit Money Laundering; Title 18, United States Code, Section 1956(h)

Money Laundering; Title 18, United States Code, Section 1956(a)(3)

FILED by PG D.C.
NOV 1 6 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Date: 06/23/2015

*Issuing officer's signature*

City and state: Ft. Lauderdale, Florida

Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

### Return

This warrant was received on *(date)* 06-25-15, and the person was arrested on *(date)* 09-14-15
at *(city and state)* Miami, FL by DEA.

Date: 09-21-15

BY: JOE GODSK, SDUSM, SD/FL
*Arresting officer's signature*

AMOS ROJAS JR., U.S. MARSHAL, SD/FL
*Printed name and title*