UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-CR-20468-MGC

UNITED STATES OF AMERICA

    Plaintiff

    vs.

ALTAF KHANANI                        **ORDER GRANTING CONTINUANCE**

    Defendant
_____/

    This cause having come before the Court on the Unopposed Motion for Continuance of the Defendant (DE   ). In light of the complexity of this case, it is

    **ORDERED AND ADJUDGED** that the motion is **GRANTED**. The trial in this case is reset to commence on _____. The parties shall appear for Calendar Call at _____ on _____ at the United States District Court, 400 North Miami Avenue, Miami, Florida.

    The Court finds, based upon the record and the Defendant's waiver of the right to a speedy trial, that the ends of justice served by granting this continuance outweigh the best interest of the public and the Defendant in a speedy trial and that the period of delay from October 30, 2015 to _____ is excludable under the Speedy Trial Act.

    DONE AND ORDERED in Miami, Florida, this _____ day of June, 2016.

                                                               _____
                                                               MARCIA COOKE
                                                                United States District Judge

Cc:   Counsel of Record

1