UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **15-20468-CR-COOKE**

UNITED STATES OF AMERICA

vs.

ALTAF KHANANI,

        Defendant.
_____/

**PRELIMINARY ORDER OF FORFEITURE**

THIS CAUSE is before the Court upon motion of the United States for entry of a preliminary order of forfeiture. Being fully advised in the premises and based on the motion of the United States and the record in this matter and for good cause shown thereby, the Court finds as follows with respect to forfeiture in this action as to defendant Altaf Khanani (hereinafter referred to as Adefendant@):

    1.    On June 23, 2015, a federal grand jury returned a 14 Count Indictment, charging defendant Altaf Khanani (Adefendant@) in Count 1, relevant herein, with knowingly and willfully conspiring to knowingly conduct a financial transaction affecting interstate and foreign commerce involving property, that is, funds and monetary instruments including United States Currency, represented by law enforcement officers to be proceeds of a specified unlawful activity, which was represented to be the importation, sale, and distribution of a controlled substance punishable under the laws of the United States, with the intent to conceal and disguise the nature, location, source, ownership, and control of said property, in violation of Title 18, United States Code, Sections 1956(a)(3)(B) and 1956(h).

1

2.	The Indictment further sought the forfeiture to the United States of the defendant=s interest in all property, real or personal, involved in such offense, and any property traceable to such property.  Subsequent investigation revealed this property to include but not limited to, the following:

U.S. Currency in the amount of $46,129.14;

pursuant to Title 18, United States Code, Section 982(a)(1).

3.	On November 1, 2016, defendant Altaf Khanani plead guilty to Count 1, relevant herein, (DE# 35) and signed a written plea agreement forfeiting to the United States all of his right, title and interest in the above referenced property in paragraph 2, pursuant to Title 18, United States Code, Sections 1956 and 982(a)(1) and the procedures outlined at Title 21, United States Code, Section 853.  (DE# 35, paragraph 9 and DE# 36, paragraph 3).

Therefore, in consideration of the defendant=s guilty plea and written agreement of forfeiture, upon motion of the United States and for good cause shown thereby, it is hereby,

**ORDERED and ADJUDGED** that:

1.	The property listed in paragraph 2 above belonging to the defendant Altaf Khanani is hereby forfeited to the United States of America, pursuant Title 18, United States Code, Section 982(a)(1) and the procedures outlined in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461.

2.	The United States Drug Enforcement Administration or any duly authorized law enforcement official, shall seize and take custody of the property identified herein above as forfeited under this order pursuant to Title 21, United States Code, Section 853 and Tile 18, United States Code, Section 982(a)(1).

3. Pursuant to 21 U.S.C. ' 853(n)(1) and the Attorney General=s authority to determine the manner of publication of an Order of Forfeiture in a criminal case, the United States forthwith shall publish notice of this order on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days. The United States shall state in the notice that any person, other than the defendant, having or claiming a legal interest in the property ordered forfeited by this order must file a petition with the Court within thirty (30) days of the final publication of the notice or receipt of actual notice, whichever is earlier; that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; the petition shall be signed by the petitioner under penalty of perjury, shall set forth the nature and extent of the petitioner's right, title and interest in the forfeited property and shall set forth any additional facts supporting the petitioner's claim and the relief sought.

4. The United States may provide, to the extent practicable, direct written notice to any person known to have an alleged interest in the property that is subject of the Order of Forfeiture, in addition to the published notice.

5. The United States is further authorized, pursuant to Title 21, United States Code, Section 853(k) and Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure, to conduct any discovery necessary, including depositions, to identify, locate or dispose of the property ordered forfeited herein or in order to expedite ancillary proceedings related to any third party petition claims filed with respect to the forfeited property.

**IT IS FURTHER ORDERED** that upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. ' 853(n) in which all interests will be addressed. If no claims are filed within 30 days of the final publication or receipt of actual notice, whichever is earlier, then pursuant to 21 U.S.C. ' 853(n)(7), this Court will issue a final order of forfeiture, and the United States Marshals Service, or any duly authorized law enforcement official, shall dispose of the property forfeited hereunder according to law.

**DONE AND ORDERED** in Chambers, at Miami, Florida this  23rd  day of November 2016.

_____
MARCIA G. COOKE
United States District Judge


cc:    AUSA Richard O.I. Brown (2 certified copies)