**SENTENCING MINUTES**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE # 15-20468-CR-COOKE**

| | |
|---|---|
| DEFENDANT: ALTAF KHANANI | JUDGE: **MARCIA G. COOKE** |
| Deputy Clerk: Ivan Marchena | Date: March 29, 2017 |
| Court Reporter: Gilda Pastor Hernandez | USPO: |
| USA: Bruce Brown | Def Counsel: M. Black, B. Alter |

COUNTS DISMISSED:  all remaining

\_\_\_\_ Deft. Failed to Appear - Warrant Issued.

\_\_\_\_ Sentencing cont'd until: \_\_\_\_\_

**JUDGMENT AND SENTENCE**

| Imprisonment: | Years | Months | Count(s) |
|---|---|---|---|
| | | 68 | 1 |
| | | | |

Supervised Release:  3 years           Special Conditions: \_\_\_\_

**PROBATION**

Years: \_\_\_       Months: \_\_\_       Counts: \_\_\_

Special Conditions: \_\_

**Assessment:** $100.00                    Fine:  $250,000

Restitution/Other: \_\_\_\_

**CUSTODY**

\_\_ Remanded to the Custody of the U.S. Marshal Service.  \_\_ Release on bond pending appeal.

\_\_ Voluntary Surrender to (designated institution or U.S. Marshal Service) on: \_\_

Commitment Recommendation:      Local facility.