UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **15-20468-CR-COHN**

UNITED STATES OF AMERICA

                Plaintiff,

vs.

ALTAF KHANANI

                Defendant.

_____/

## UNITED STATES' NOTICE REGARDING FORFEITURE

      The United States of America hereby gives notice that the United States is not pursuing criminal forfeiture of any assets in this case.

                            Respectfully submitted,

                            BENJAMIN G. GREENBERG
                            UNITED STATES ATTORNEY

By:     *s/ Richard O.I. Brown*_____
            RICHARD O.I. BROWN
            ASSISTANT UNITED STATES ATTORNEY
            Admin. Bar No. A5500257
            500 E. Broward Blvd., Suite 700
            Fort Lauderdale, Florida   33394
            Tel: (954) 660-5779
            Fax: (954) 356-7180
            Email: richard.brown@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on April 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                        *s/ Richard O.I. Brown*_____
                      RICHARD O.I. BROWN
                      ASSISTANT UNITED STATES ATTORNEY